# **<u>EXHIBIT A</u>**

11/9/2020 9:20 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 47914374
By: Joshua Bovell
Filed: 11/9/2020 9:20 AM

CAUSE NO. 202069098

| | | |
|---|---|---|
| **DUKES, KIMBERLY** | § § § | IN THE 164TH JUDICIAL DISTRICT |
| *Plaintiff(s),* | § § | COURT |
| v. | § § | OF |
| **FIESTA MART LLC** | § § | |
| *Defendant(s).* | § § | HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

I, Gabrielle Watson, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on October 28, 2020 at 3:13 pm. I served these documents on Fiesta Mart LLC in Dallas County, TX on October 29, 2020 at 10:27 am at 1999 Bryan St, Suite 900, Dallas, TX 75201 by leaving the following documents with Lindsey Barrientez who as Employee at CT Corporation System is authorized by appointment or by law to receive service of process for Fiesta Mart LLC.

P's Original Petition

Additional Description:
Service was accepted

Hispanic or Latino Female, est. age 28, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=32.7848800008,-96.7969176032
Photograph: See Exhibit 1

My full name is Gabrielle Watson. My date of birth is 8/22/1996. My address is 109 Modene St, Seagoville, TX 75159.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Dallas County  ,   TX   on   10/29/2020  .

*Gabrielle Watson*

Gabrielle Watson - (972) 802-5797
Certification Number: PSC-13490
Expiration Date: 11/30/2021

Unofficial Copy Office of Marilyn Burgess District Clerk

# Exhibit 1

Exhibit 1a)



CAUSE NO. 202069098

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 882122
EML TRACKING NO: 73805659

| Plaintiff:<br>DUKES, KIMBERLY<br>vs.<br>Defendant:<br>FIESTA MART LLC | In The 164th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |
|---|---|

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

To: FIESTA MART LLC (A CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM OR WHEREVER IT MAY BE FOUND
1999 BRYAN STREET SUITE 900, DALLAS TX 75201

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on October 27, 2020 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on October 28, 2020, under my hand and seal of said court.

*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 CAROLINE Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Issued at the request of:

TODD, JEFFREY NASH
12929 GULF FREEWAY, SUITE 301
HOUSTON, TX 77034
832-243-4953
Bar Number: 24028048

Generated By: WANDA CHAMBERS

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 202069098

10/29/2020

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 882122
EML TRACKING NO: 73805659

| Plaintiff: | In The 164th |
| DUKES, KIMBERLY | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| FIESTA MART LLC | Houston, Texas |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To: FIESTA MART LLC (A CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM OR WHEREVER IT MAY BE FOUND
1999 BRYAN STREET SUITE 900, DALLAS TX 75201

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on October 27, 2020 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on October 28, 2020, under my hand and seal of said court.



Marilyn Burgess, District Clerk

Issued at the request of:

TODD, JEFFREY NASH
12929 GULF FREEWAY, SUITE 301
HOUSTON, TX 77034
832-243-4953
Bar Number: 24028048

Harris County, Texas
201 CAROLINE Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: WANDA CHAMBERS